SAMUEL MILLAR, Respondent, v. FREDERICK E. SPERRY and MARIE M. SPERRY, His Wife, Appellants, and Others, Defendants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, directing that respondent within ten days serve a further bill of particulars in accord with the memorandum filed in the companion proceeding (*Matter of Sperry* v. *Millar ante*, p. 819), decided herewith. All concur. (The order denies a motion for a further bill of particulars.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

VIRGINIA ACKER, Appellant, v. FRANCES YOUNG, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an automobile negligence action.) Present — Crosby, Lewis, Taylor and Dowling, JJ.

JOHN SCHLEGEL, Doing Business under the Firm Name and Style of JOHN SCHLEGEL & SONS, Respondent, v. PETER MUSCARELLA, Doing Business under the Firm Name and Style of P. MUSCARELLA COMPANY, Appellant.— Judgment reversed on the law, with costs, and complaint dismissed, with costs, on the ground that no actionable negligence on the part of the defendant has been shown. (*De Neef* v. *Price*, 249 App. Div. 924.) All concur, except Crosby, J., who dissents and votes for affirmance, and Dowling, J., who dissents and votes for reversal on the facts and for granting a new trial. (The County Court judgment affirms a judgment for plaintiff, of the Justice Court of the town of Webster, in an automobile negligence action. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

HURLEY WEIMER, Respondent, v. ARTHUR G. KRUSE and LOUISA BLOECHER, Appellants.— Judgment and order as to defendant Kruse reversed on the law, with costs and complaint dismissed as to said defendant, with costs, on the ground that no actionable negligence on the part of the defendant was shown, and judgment and order as to defendant Bloecher affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

MARIE B. TOUT, Appellant, v. DOMENICK LOGAN, Defendant, and the LIBERTY BANK OF BUFFALO, Respondent.— Order so far as appealed from reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Memorandum: We think the complaint states a cause of action against the defendants and that the motion to vacate the notice of examination should have been denied. (*Campbell* v. *Holding Company, Inc.*, 251 N. Y. 446; *Eckler* v. *Rochester Packing Company*, 264 id. 605.) All concur, except Taylor, J., who dissents and votes for affirmance. (The portion of the order appealed from grants a motion to vacate plaintiff's notice of examination of an officer of defendant bank before trial.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.